UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYMON A. DASH, a/k/a Ramon Dash,
                      Plaintiff,

        -against-

C.O. JOHN DOE and DR. DEBRA MAYERS,
                      Defendants.
------------------------------------------------------------X

19 CIVIL 414 (GBD)(JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 9, 2020, Magistrate Judge Cott's Report is ADOPTED. Mayers's motion to dismiss the claims against her is GRANTED. The additional claim against Doe is dismissed sua sponte.

**Dated:** New York, New York
       June 15, 2020

RUBY J. KRAJICK

Clerk of Court

BY: _____
Deputy Clerk